

Search for Cases by: Select Search Method... ▾

case.net

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print          GrantedPublicAccess  Logoff RLBROWN1204

**20SL-CC04338 - BERNARDO SANCHEZ V ROSEN TRAYKOV ET AL (E-CASE)**

FV  File View | Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution

Sort Date Entries: ◉ Descending  ○ Ascending          Display Options:

Click here to eFile on Case    Click here to Respond to Selected Documents          All Entries ▾

| | |
|---|---|
| 02/01/2021 | ☐ **Agent Served** |
| | Document ID - 20-SMCC-7822; Served To - TRANSWOOD LOGISTICS, INC.; Server - ; Served Date - 12-JAN-21; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served |
| | ☐ **Notice of Service** |
| | Sanchez v Traykov, et al- Return of Service DFT Transwood Logistics; Sanchez, Bernardo - Executed Alias Summons Transwood Logistics, Inc. |
| | **Filed By:** GARY K. BURGER JR. |
| | **On Behalf Of:** BERNARDO SANCHEZ |
| 01/25/2021 | ☐ **Alias Summons Issued** |
| | Document ID: 21-SMCC-653, for TRANSWOOD LOGISTICS, INC.. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. |
| | ☐ **Alias Summons Issued** |
| | Document ID: 21-SMCC-652, for TRAYKOV, ROSEN. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. |
| 01/21/2021 | ☐ **Motion Special Process Server** |
| | Sanchez v Traykov, et al- Request for Special Process Server 12121. |
| | **Filed By:** GARY K. BURGER JR. |
| | **On Behalf Of:** BERNARDO SANCHEZ |
| 08/26/2020 | ☐ **Summons Issued-Circuit** |
| | Document ID: 20-SMCC-7822, for TRANSWOOD LOGISTICS, INC..Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. |
| | ☐ **Summons Issued-Circuit** |
| | Document ID: 20-SMCC-7821, for TRAYKOV, ROSEN.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. |
| 08/24/2020 | ☐ **Motion Special Process Server** |
| | ☐ **Filing Info Sheet eFiling** |
| | **Filed By:** GARY K. BURGER JR. |
| | ☐ **Pet Filed in Circuit Ct** |
| | Sanchez v Traykov, et al- Petition -82420; Sanchez v Traykov, et al- Request for Special Process Server-82420. |
| | **On Behalf Of:** BERNARDO SANCHEZ |
| | ☐ **Judge Assigned** |
| | DIV 21 |

Case.net Version 5.14.12                    Return to Top of Page                    Released 11/10/2020

EXHIBIT

A

Electronically Filed - St Louis County - August 24, 2020 - 04:09 PM

## IN THE CIRCUIT COURT OF SAINT LOUIS COUNTY
## STATE OF MISSOURI

| | | |
|---|---|---|
| **BERNARDO SANCHEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Cause No.:** |
| **v.** | ) | |
| | ) | **Division No.** |
| **ROSEN P. TRAYKOV,** | ) | |
| Serve:  9911 Driver Ave | ) | |
| St. Louis, MO 63114 | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **and** | ) | |
| | ) | |
| **TRANSWOOD LOGISTICS, INC.,** | ) | |
| Serve: Joseph E. Rebman | ) | |
| 165 North Meramec Ave | ) | |
| Suite 310 | ) | |
| St. Louis, MO 63105 | ) | |
| | ) | |
| **Defendants.** | ) | |

## PETITION

COMES NOW Plaintiff Bernardo Sanchez, by and through his attorneys, and for his

Petition against Defendants Rosen P. Traykov and Transwood Logistics, Inc. (collectively

"Defendants"), makes the following allegations:

## ALLEGATIONS COMMON TO ALL COUNTS

1.  Plaintiff Bernardo Sanchez is an individual residing in the State of Missouri.

2.  Upon information and belief, Defendant Rosen Traykov is an individual residing in

the State of Missouri.

Electronically Filed - St Louis County - August 24, 2020 - 04:09 PM

3. Defendant Transwood Logistics, Inc. is a duly organized and existing Nebraska corporation authorized to do business in the State of Missouri as a motor carrier.

4. Defendant Traykov was at all times material hereto an employee or agent of Defendant Transwood and was acting in the scope and course of his employment and/or agency for Defendant Transwood on September 10, 2018.

5. On or about September 10, 2018, Plaintiff Sanchez was driving a 2009 Chevy Malibu in The Crossings at Northwest Plaza in St. Louis County, Missouri.

6. On or about September 10, 2018, Defendant Traykov was driving a Mack tractor trailer in The Crossings at Northwest Plaza in St. Louis County, Missouri.

7. On or about September 10, 2018, Defendant Traykov was, at all times, acting as an employee and/or agent for Defendant Transwood.

8.  As a result of the collision, Plaintiff Sanchez suffered serious injuries and required immediate emergency medical attention at SSM St. Mary's Hospital.

## Count I
(Negligence Defendant Traykov)

COMES NOW Plaintiff Sanchez and for Count I of his Petition against Defendant Traykov states as follows:

9.  Plaintiff Sanchez adopts and incorporates herein all preceding paragraphs of this Petition as though fully set forth herein.

10.  Plaintiff Sanchez was injured because of Defendant Traykov's negligence in one or more of the following respects:

    a. Defendant failed to yield the right of way;

    b. Defendant operated the vehicle in a careless and reckless manner;

    c. Defendant failed to keep a careful lookout;

Electronically Filed - St Louis County - August 24, 2020 - 04:09 PM

d. Defendant failed to stop, swerve, reduce speed, or sound a warning once Defendant knew, or by the use of the highest degree of care could have known, that there was a reasonable likelihood of collision;

e. Defendant failed to attend to the roadway;

f. Defendant was traveling too fast for conditions;

g. Defendant permitted the vehicle to come into contact with Plaintiff's vehicle;

h. Defendant failed to comply with applicable state and federal regulations regarding the commercial operation of commercial trucks; and,

i. Such further negligent and careless acts and omissions as the evidence and discovery will reveal.

11.  As direct and proximate result of the negligence and carelessness of Defendant Traykov described herein, Plaintiff Sanchez was injured and suffered damages, including, but not limited to, injuries to his back.

12.  As a result of his injuries, Plaintiff Sanchez has sustained, and will in the future sustain, damages for medical bills and costs relating to medical treatment for his injuries.

WHEREFORE, Plaintiff prays judgment against Defendant Traykov, jointly and severally, for such sums, in excess of the jurisdictional minimum of $25,000.00, as will reasonably and fairly compensate him for his damages; for his costs incurred; and, for such other and further relief as this Court deems appropriate.

## COUNT II
(Negligence Defendant Transwood)

COMES NOW Plaintiff Sanchez and for Count II of his Petition against Defendant Transwood states as follows:

Electronically Filed - St Louis County - August 24, 2020 - 04:09 PM

13.  Plaintiff Sanchez adopts and incorporates herein all preceding paragraphs of this Petition as though fully set forth herein.

14.  As the employer and principal of Defendant Traykov, Defendant Transwood is vicariously liable for the actions of Defendant Traykov.

15.  Plaintiff Sanchez was injured because of Defendant agent's negligence in one or more of the following respects:

a. Defendant's agent failed to yield the right of way;

b. Defendant's agent operated the vehicle in a careless and reckless manner;

c. Defendant's agent failed to keep a careful lookout;

d. Defendant's agent failed to stop, swerve, reduce speed, or sound a warning once Defendant's agent knew, or by the use of the highest degree of care could have known, that there was a reasonable likelihood of collision;

e. Defendant's agent failed to attend to the roadway;

f. Defendant's agent was traveling too fast for conditions;

g. Defendant's agent permitted the vehicle to come into contact with Plaintiff's vehicle;

h. Defendant's agent failed to comply with applicable state and federal regulations regarding the commercial operation of commercial trucks; and,

i. Such further negligent and careless acts and omissions as the evidence and discovery will reveal.

17.  As direct and proximate result of the negligence and carelessness of Defendant Transwood described herein, Plaintiff Sanchez was injured and suffered damages including, but not limited to, injuries to his back.

Electronically Filed - St Louis County - August 24, 2020 - 04:09 PM

18.  As a result of his injuries, Plaintiff Sanchez has sustained, and will in the future sustain, damages for medical bills and costs relating to medical treatment for his injuries.

WHEREFORE, Plaintiff Sanchez prays judgment against Defendant Transwood, jointly and severally, for such sums, in excess of the jurisdictional minimum of $25,000.00, as will reasonably and fairly compensates him for his damages; for his costs incurred; and, for such other and further relief as this Court deems appropriate.

Respectfully submitted,

**BURGER LAW, LLC**

_____
Gary K. Burger, Jr. #43478
500 N. Broadway, Suite 1860
St. Louis, Missouri 63102
Telephone:  (314) 542-2222
Facsimile:  (314) 542-2229
gary@burgerlaw.com
*Attorneys for Plaintiff*

**20SL-CC04338**

Electronically Filed - St Louis County - August 24, 2020 - 04:09 PM

**In the**
# CIRCUIT COURT
## Of St. Louis County, Missouri

For File Stamp Only

Bernardo Sanchez
Plaintiff/Petitioner

August 24, 2020
Date

vs.

Case Number

Rosen P. Traykov, et al
Defendant/Respondent

Division

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff, Bernardo Sanchez, by and through his undersigned counsel          , pursuant
　　　　　　Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
 Mark Effinger, Associated Research Services, LLC, 109 Walnut #785, Festus, MO. 63025
Name of Process Server　　　　　Address　　　　　　　　　　　　　　　　Telephone

Name of Process Server　　　　　Address or in the Alternative　　　　　　Telephone

Name of Process Server　　　　　Address or in the Alternative　　　　　　Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:　　　　　　　　　　　　　　SERVE:
 Rosen P. Traykov　　　　　　　　　 Joseph E. Rebman c/o Transwood Logistics, Inc.
Name　　　　　　　　　　　　　　　Name
 9911 Driver Avenue　　　　　　　　 165 North Meramec, Suite 310
Address　　　　　　　　　　　　　　Address
 Saint Louis, Missouri 63114　　　　 Saint Louis, Missouri 63105
City/State/Zip　　　　　　　　　　　City/State/Zip

SERVE:　　　　　　　　　　　　　　SERVE:

Name　　　　　　　　　　　　　　　Name

Address　　　　　　　　　　　　　　Address

City/State/Zip　　　　　　　　　　　City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

　　　　　　　　　　　　　　　　　 /s/ Gary K. Burger, Jr.
　　　　　　　　　　　　　　　　　Signature of Attorney/Plaintiff/Petitioner
By _____　　 43478
　　Deputy Clerk　　　　　　　　　Bar No.
　　　　　　　　　　　　　　　　　 500 N. Broadway, Ste 1860
　　　　　　　　　　　　　　　　　Address
_____　　　　 (314) 542-2222　　　 (314) 542-2229
Date　　　　　　　　　　　　　　　Phone No.　　　　　　　　Fax No.

CCADM62-WS   Rev. 08/16

Electronically Filed - St Louis County - August 24, 2020 - 04:09 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)     Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)     The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)     Appointments may list more than one server as alternates.

(B)     The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)     Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)     No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)     Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, http://www.stlouisco.com.  (LawandPublicSafety/Circuit/Forms).

(F)     This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number:  20SL-CC04338 |
|---|---|
| Plaintiff/Petitioner:<br>BERNARDO SANCHEZ<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>GARY K. BURGER JR.<br>SUITE 1860<br>500 NORTH BROADWAY<br>SAINT LOUIS, MO  63102 |
| Defendant/Respondent:<br>ROSEN TRAYKOV | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  **ROSEN TRAYKOV**
Alias:

**9911 DRIVER AVENUE**
**ST. LOUIS, MO  63114**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

　　　　You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
　　　　**SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>26-AUG-2020</u>　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
**Date**　　　　　　　　　　　　　　　　　　　　　　　| **Clerk**

**Further Information:**
**MG**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ (name) ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿(title).

☐ other ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿.

Served at ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ (address)

in ＿＿＿＿＿＿＿＿＿＿＿＿＿＿ (County/City of St. Louis), MO, on ＿＿＿＿＿＿＿＿＿＿ (date) at ＿＿＿＿＿＿＿ (time).

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　Printed Name of Sheriff or Server　　　　　　　　　　　　　Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ (date).

*(Seal)*

My commission expires: ＿＿＿＿＿＿＿＿＿＿＿＿＿　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Date　　　　　　　　　　　　　　Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**<u>Purpose of Notice</u>**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**<u>Your Rights and Obligations in Court Are Not Affected By This Notice</u>**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**<u>Alternative Dispute Resolution Procedures</u>**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) <u>Advisory Arbitration:</u>** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) <u>Mediation:</u>** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number:  20SL-CC04338 |
|---|---|
| Plaintiff/Petitioner:<br>BERNARDO SANCHEZ | Plaintiff's/Petitioner's Attorney/Address<br>GARY K. BURGER JR.<br>SUITE 1860<br>500 NORTH BROADWAY<br>SAINT LOUIS, MO  63102 |
| vs. | |
| Defendant/Respondent:<br>ROSEN TRAYKOV | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  TRANSWOOD LOGISTICS, INC.**
**Alias:**

**R/A JOSEPH E. REBMAN**
**165 NORTH MERAMEC AVE. STE 310**
**ST. LOUIS, MO 63105**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>**26-AUG-2020**</u>
**Date**

_____
**Clerk**

**Further Information:**
**MG**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).
☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
    Printed Name of Sheriff or Server                         Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*     Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                    Date                                     Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____  (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

<u>**Purpose of Notice**</u>

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case.  However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

<u>**Your Rights and Obligations in Court Are Not Affected By This Notice**</u>

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

<u>**Alternative Dispute Resolution Procedures**</u>

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1)** <u>**Advisory Arbitration:**</u> A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2)** <u>**Mediation:**</u> A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Electronically Filed - St Louis County - January 21, 2021 - 03:45 PM

**In the**
# CIRCUIT COURT
**Of St. Louis County, Missouri**

┌                                  ┐
For File Stamp Only

_Bernardo Sanchez_
Plaintiff/Petitioner

_January 21, 2021_
Date

_20SL-CC04338_
Case Number

vs.

_____
Division

_Rosen P. Traykov, et al_
Defendant/Respondent

└                                  ┘

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now _Plaintiff, Bernardo Sanchez, by and through his undersigned counsel_, pursuant
Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
_Mark Effinger, Associated Research Services, LLC, 109 Walnut #785, Festus, MO. 63025_
Name of Process Server                  Address                                      Telephone

_____
Name of Process Server                  Address or in the Alternative                Telephone

_____
Name of Process Server                  Address or in the Alternative                Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:                                              SERVE:
_Rosen P. Traykov_                                  _Joseph E. Rebman c/o Transwood Logistics, Inc._
Name                                                Name
_9911 Driver Avenue_                                _165 North Meramec, Suite 310_
Address                                             Address
_Saint Louis, Missouri 63114_                       _Saint Louis, Missouri 63105_
City/State/Zip                                      City/State/Zip

SERVE:                                              SERVE:

_____                       _____
Name                                                Name

_____                       _____
Address                                             Address

_____                       _____
City/State/Zip                                      City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

                                                    _/s/ Gary K. Burger, Jr._
                                                    Signature of Attorney/Plaintiff/Petitioner
                                                    _43478_
By _____                  Bar No.
   Deputy Clerk                                     _500 N. Broadway, Ste 1860_
                                                    Address
_____                     _(314) 542-2222         (314) 542-2229_
Date                                                Phone No.                Fax No.

CCADM62-WS    Rev. 08/16

Electronically Filed - St Louis County - January 21, 2021 - 03:45 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, http://www.stlouisco.com.  (LawandPublicSafety/Circuit/Forms).

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number:  20SL-CC04338 |
|---|---|
| Plaintiff/Petitioner:<br>BERNARDO SANCHEZ<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>GARY K. BURGER JR.<br>SUITE 1860<br>500 NORTH BROADWAY<br>SAINT LOUIS, MO  63102 |
| Defendant/Respondent:<br>ROSEN TRAYKOV | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to:  ROSEN TRAYKOV<br>Alias:<br><br>**9911 DRIVER AVENUE<br>ST. LOUIS, MO  63114** | |

*COURT SEAL OF*



*ST. LOUIS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
        **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>25-JAN-2021</u>
**Date**                                                                      _____
                                                                                                                        Clerk

**Further Information:**
**CD**

---

**Sheriff's or Server's Return**

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                                 Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*              Subscribed and sworn to before me on _____ (date).

                          My commission expires: _____        _____
                                                                              Date                                               Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$**_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case.  However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number:  20SL-CC04338 |
| Plaintiff/Petitioner:<br>BERNARDO SANCHEZ<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>GARY K. BURGER JR.<br>SUITE 1860<br>500 NORTH BROADWAY<br>SAINT LOUIS, MO  63102 |
| Defendant/Respondent:<br>ROSEN TRAYKOV | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  TRANSWOOD LOGISTICS, INC.
                                         Alias:

R/A JOSEPH E. REBMAN
165 NORTH MERAMEC AVE. STE 310
ST. LOUIS, MO  63105



*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>25-JAN-2021</u>                                          _____
**Date**                                                                            **Clerk**

**Further Information:**
**CD**

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                                             Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*               Subscribed and sworn to before me on _____ (date).

My commission expires: _____    _____
                                                          Date                                            Notary Public

---

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**<u>Purpose of Notice</u>**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case.  However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**<u>Your Rights and Obligations in Court Are Not Affected By This Notice</u>**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**<u>Alternative Dispute Resolution Procedures</u>**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) <u>Advisory Arbitration:</u>** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) <u>Mediation:</u>** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Electronically Filed - St Louis County - February 01, 2021 - 01:46 PM

**IN THE CIRCUIT COURT OF SAINT LOUIS COUNTY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| **BERNARDO SANCHEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Cause No.: 20SL-CC04338** |
| | ) | |
| **v.** | ) | |
| | ) | **Division No.** |
| **ROSEN P. TRAYKOV,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **TRANSWOOD LOGISTICS, INC.,** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Defendants.** | ) | |

## RETURN OF SERVICE

**COMES NOW** Plaintiff Bernardo Sanchez, by and through his undersigned

attorney, and files his Return of Service on Defendant Transwood Logistics, Inc., upon

whom a summons was **SERVED** on January 12, 2021.

Respectfully submitted,

**BURGER LAW FIRM**

/s/ Gary K. Burger
Gary K. Burger, #43478
500 N. Broadway Ste 1860
St. Louis, MO 63102
Telephone:  (314) 542-2222
Facsimile:  (314) 542-2229
*gary@burgerlaw.com*
*Attorney for Plaintiff*

1